SSN: 4282

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 28 PM 1:53
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| LAILA D. SINGLETON, | * | CIVIL ACTION |
| Plaintiff, | * | NUMBER: 05-2172 |
| vs. | * | SECTION: "K" (4) |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | * | |
| Defendant. | * * * | |

## J U D G M E N T

Considering the Commissioner's Unopposed Motion to Remand, the court finds that the Motion is well-taken and should be granted.

Therefore,

**IT IS ORDERED** that the administrative decision in this case be reversed, and the matter be remanded to the Commissioner of Social Security for further proceedings, under the fourth sentence of 42 U.S.C. § 405(g).

New Orleans, Louisiana, this 28th day of April 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____